**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOYCE LITTLE,** | |
| **Plaintiff,** | |
| **v.** | Civil Action No.  13-379 (JEB) |
| **UNITED STATES MARSHALS SERVICE,** | |
| **Defendant.** | |

**MEMORANDUM OPINION**

Plaintiff Joyce Little filed a one-paragraph *pro se* Complaint in D.C. Superior Court on February 28, 2013.  She alleged that the United States Marshals Service broke the zipper on her coat when she entered the courthouse.  See ECF No. 1 (Notice of Removal), Attach. 1 (Complaint).  After USMS removed the case to this Court, it filed a Motion to Dismiss.  See ECF No. 4.  On April 1, 2013, the Court issued an Order directing Plaintiff to respond to the Motion by April 15 or risk the Court's deeming the matter conceded.  See ECF No. 5.  As Plaintiff has not done so, the Court will treat the Motion as conceded and dismiss the case without prejudice. See LCvR 7(b).  A contemporaneous Order will so state.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date:  April 22, 2013

1